Commonwealth *v.* Whiteside, Appellant.

Submitted November 17, 1975. *Lester G. Nauhaus,* Trial Defender, *John J. Dean,* Chief, Appellate Division, and *Ralph J. Cappy,* Public Defender, for appellant; No appearance entered nor brief submitted for Commonwealth, appellee.

OPINION PER CURIAM: This case is remanded to the trial court with directions to give appellant a hearing on his petition for post-conviction relief: *Commonwealth v. Johnson,* 431 Pa. 522, 532, 246 A.2d 345, 351 (1968); *Commonwealth v. Jones,* 236 Pa. Superior Ct. 145, 147, 344 A.2d 504 (1975); and *Commonwealth v. Nahodil,* 212 Pa. Superior Ct. 77, 79, 239 A.2d 840 (1968).

Commonwealth *v.* Williams, Appellant.

Submitted November 17, 1975. *Larry D. Meredith,* for appellant; *Bernard L. Siegel,* First Assistant District Attorney, and *Robert H. Chase,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Williams, Appellant.

Submitted December 16, 1975. *David F. Dunn,* and *Huston & Dunn,* for appellant; *W.F. Steigerwalt,* Assistant District Attorney, and *George J. Joseph,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Wilson, Appellant.

Submitted December 30, 1975. *Joseph W. Mullin*, Public Defender, for appellant; *Richard W. Linton*, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Case remanded to the lower court to allow appellant to file a petition to withdraw his guilty plea *nunc pro tunc*. See *Commonwealth v. Roberts*, 237 Pa. Superior Ct. 336 (1975) and *Commonwealth v. Velasquez*, 238 Pa. Superior Ct. 368 (1976).

WATKINS, P. J., and PRICE, J., dissent on the basis of the dissenting opinion in *Commonwealth v. Roberts*, supra.

## Commonwealth *v.* Wolfe, Appellant.

Submitted November 17, 1975. *Harry E. Knafelc*, Assistant Public Defender, for appellant; *Joseph M. Stanichak*, Assistant District Attorney, and *Joseph S. Walko*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth ex rel. Hoke, Appellant, *v.* Hoke.